# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No: 3:17-cv-00004-FDW-DSC

| | | |
|---|---|---|
| GOD'S LITTLE GIFT, INC., doing business as HELIUM & BALLOONS ACROSS AMERICA (also known as "HABAA"), and Gary Page, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| AIRGAS, INC. | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Airgas, Inc.'s ("Airgas") Consent Motion for Additional Words for Summary Judgment Brief.

Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is denied.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: October 25, 2017

David S. Cayer
United States Magistrate Judge